April 13, 2015

Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX 78711

77,138-29

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 1 6 2015

Abel Acosta, Clerk

RE: Cause Nos. F10-01184, F10-01183 & F08-60213

Dear Court of Criminal Appeals,

I am writing this letter to you in regards of the ORDER from this Court, dated and filed on April 1, 2015, No. WR-77,138-29. I was illegally convicted and sentenced to 8 years on cause Nos. F08-60213, F10-01183 & F10-01184, on 12/17/2010. I was never once arrested, never once arraigned and never once taken before any Magistrate Judge for cause Nos. F10-01183 & F10-01184. But Dallas County is showing four (4) different arrest dates for both tainted sex offenses. Also, on 12/17/2010 defense counsel Calvin D. Johnson filed and signed the Motion for New Trial, and on January 5, 2011, it was circled granted, and signed by a judge under ORDER. The AIS bond detailed information is showing that I posted personal recognizance bonds for cause F10-01183 & F10-01184 on 2/24/2011. But I was never once released. The Dallas County Sheriff's bail bond office shows some fraudulently forged "PR" bond receipts, for both tainted sex offenses, with a receipt number and a posted date as 2/24/2011. These fraudulently forged documents can be found in the Clerk's record, which was filed with the Court of Appeals in Dallas, in May of 2014. The District Clerk's office will confirm that the files are missing from cause Nos. F10-01183 & F10-01184. Also, they will confirm that there are no complaint affidavits, no probable cause information, no offense reports, no arrest reports, no investigation information, no arraignment information and no first preliminary initial appearance information. My due process rights, my civil rights and my constitutional rights have been violated. Prosecutor Brooke B. Grona-Robb never once presented cause Nos. F10-01183 & F10-01184 before any Magistrate Judge or grand jury. An Evidentiary Hearing would provide the facts that I have stated to be true.

Sincerely,

SENRICK WILKERSON

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, Texas 77583

April 13, 2015

COURT OF CRIMINAL APPEALS
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RE: The Request to Mr. Randy Batten

Dear Court of Criminal Appeals,

I have written over SIX(6) letters to Mr. Randy Batten, of the Texas Department of Public Safety, of the Criminal Records Division. My family has made numerous calls to this Division, requesting the Arrest Reports from cause Nos. F10-01182, F10-01183, F10-01184 & F10-01185, and we are constantly being denied due process. Here is a copy of the letters that I have mailed to the Texas Department of Public Safety; in which I copied out of the State Counsel for Offenders handbook, that specifically asked for the DPS Arrest Report:

Mr. Randy Batten
Texas Department of Public Safety
Criminal Records Division
5805 N. Lamar, Bldg. G
Austin, Texas 78752

RE: Senrick Wilkerson, TDCJ No. 1885146, County Cause Nos. F10-01182, F10-01183, F10-01184 & F10-01185

Dear Mr. Batten;
By this letter I am requesting you send me a certified copy of my DPS Arrest Report/CR43/Fingerprint Card/self-Proving Affidavit. The information you require is:
Offender: Senrick Wilkerson
TDCJ No: 1885146

Page 1 of 2

DOB: May 18, 1970
SID NO.: 07638642
Offense Date: April 15, 2008 & April 16, 2008
County: Dallas County
Offense charged: Sexual performance by a child, sexual assault on a child & compelling prostitution

If there are any questions about this request, I can be reached at the address below. I appreciate your assistance with this matter.

Sincerely,

SENRICK WILKERSON
Petitioner, Pro Se
TDCJ No. 1885146
Texas Department of Criminal
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, TX 77583

I am respectfully requesting that the Honorable Judges of the Court of Criminal Appeals to ORDER the Texas Department of Public Safety Criminal Records Division to immediately forward me a copy of the certified copies of the Arrest Reports/CR43/Fingerprint Card/Self-Proving Affidavits from F10-01182 sexual performance by a child, F10-01183 sexual performance by a child, F10-01184 sexual assault on a child and F10-01185 compelling prostitution. Thanks in advance for your time and a speedy response would be greatly appreciated.

Sincerely,

SENRICK WILKERSON

Page 2 of 2

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-17 T
Rosharon, Texas 77583

April 13, 2015

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
Capitol Station
Austin, Texas 78711

RE: Case No. W08-60213-J(D)

Dear Court of Criminal Appeals,

Judge Gracie G. Lewis must be recused from this case(s) due to the fact that on 12/3/2010, she fraudulently signed the invalid PR bonds from cause Nos. F10-01182, F10-01183, F10-01184 & F10-01185, This was done while I was never once in State's custody, never once detained, never once arrested and never once arraigned for them. These four (4) fraudulent offenses were illegally consolidated with F08-60213 Compelling prostitution, by Brooke B. Grona-Robb, Mrs. Grona-Robb is the prosecutor, whom never once presented these cases before any Magistrate Judge or grand jury.

In regards to case No. W08-60213-J(D), I filed that 11.07 writ, and I provided the Courts with a copy of the granted motion for new trial, which has these cause Nos. F08-60213, F10-01183 & F10-01184. The motion was granted on January 5, 2011, and Dallas County is showing that I posted PR bonds on February 24, 2011. But I was never once released from being illegally incarcerated after I was illegally convicted and sentenced on 12/17/2010. Judge Gracie G. Lewis was never the Trial Judge; it was retired visiting Judge Keith Dean, The Trial Court was Auxiliary Court no. 7.

Please ORDER the Dallas County District Attorney's office to have me Bench Warrant to Dallas County, and ORDER Auxiliary Court No. 7, to assign me Counsel. Judge Gracie G. Lewis will continued to show biasness and prejudice towards me because of the illegal misconducts and illegal miscarriages of justice that was executed by malpracticed lawyer Calvin D. Johnson & prosecutor Brooke B. Grona-Robb; through CDC No. 3. Please respond.

Sincerely,
Senrick Wilkerson

P.S.
Safeguard my Liberty

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-177
Rosharon, Texas 77583

FELICIA PITRE
District Clerk
Frank Crowley Courts BLDG                     Case No. 15-10228
133 N. Riverfront Blvd., LB12

RE: F10-01182 sexual performance by a child, F10-01183 sexual performance by a
    child, F10-01184 sexual assault on a child & F10-01185 Compelling prostitution

Dear District Clerk,
    I am requesting that this Dallas County District Clerk's Office to
Forward me the following documents from Cause Nos. F10-01182, F10-01183, F10-01184
& F10-01185:

1. The probable cause affidavits,
2. The complaint affidavits,
3. The offense reports,
4. The sworn arrest affidavits,
5. The Arrest Reports,
6. The Arraignment sheets and informations,
7. The book-in sheets,
8. The first preliminary initial appearance sheets and information, and
9. The Magistrate Court number, including the name of the Magistrate Judge.

Please explain to me and to the Supreme Courts, on why these documents do
not exist. Thanks for your time and a very speedy response would be greatly
appreciated.

P.S.
Safeguard my Liberty

cc: Court of Criminal Appeals
    United States Court of Appeals

Sincerely
Senrick Wilkerson

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 16 2015

Abel Acosta, Clerk

EXPARTE

SENRICK WILKERSON

IN THE CRIMINAL DISTRICT
COURT NO. 3
DALLAS COUNTY, TEXAS

## APPLICANT'S REQUEST FOR COUNSEL & BENCH WARRANT

TO THE JUDGE OF SAID COURT!

COMES NOW, Senrick Wilkerson, the Applicant in the above and styled cause and files this Motion to request for counsel pursuant to TEX. CODE CRIM. PROC. art. 26.04. Applicant will show to the court the following:

I.

Applicant is indigent and can not afford the fee's necessary for this matter, See Exhibit A.

II.

Pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d) & 11.07, §4(c) the motion for New Trial, the clerk's record, the Reporter's record, all motions that were filed by defense counsel Edwin D. Johnson, the Discovery and any information relating to this case, including the Factual basis of Applicant's were never available to Applicant when Applicant filed his Petition for Discretionary Review, his first 11.07 writ of Habeas Corpus, his Chapter 64 Motion for DNA testing for cause NOs. F10-01183 & F10-01184, and Applicant's 2254 Federal Writ of Habeas Corpus. Applicant barely received a copy of the clerk's record in June of 2014, which contains a copy of the granted Motion for New Trial, which was signed under ORDER, and circled granted on January 5, 2011. The law states that the courts has 75 days to rule on, or to correct the Motion for New Trial. Instead, Judge Ramos waited 6 months later to write; "I did not rule on this," 7/7/2011. The Trial Docket sheet does not indicate that any hearings were held regarding the granted Motion for New Trial. The Trial Dockets for cause NOs. F10-01183 & F10-01184 are also incomplete; Nothing mentioned regarding the granted motion for New Trial.

Applicant's former appeals lawyer Lori Ordway purposely failed to provide Applicant with any records or files from cause NOs. F08-60213, F10-01183 & F10-01184. for four (4) years now Applicant has made numerous request for the Records in order to adequately perfect his PDR, 11.07 writs and his 2254 Federal Writ. But the courts continued to show prejudice against him, and violate his due process.

III.

## MOTION FOR BENCH WARRANT

TO THE JUDGE OF SAID COURT!

COMES NOW, Senrick Wilkerson, Applicant pro se in the above styled and numbered cause and states:

"My name is Senrick Wilkerson, the Applicant and my offender number is 1885146. I am competent to make this affidavit. I am presently illegally incarcerated in the Ramsey I Unit located at 1100 FM 655, in Rosharon, Texas. I request the court to issue a warrant from the Bench ordering the Sheriff of Dallas County, to transport me to this court for all hearings in this matter so that I may give testimony."

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this Motion for counsel and

Page 1 of 2

Bench Warrant is granted in the interest of justice.

Respectfully submitted,

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, Texas 77583

CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2015, the foregoing document has been U.S. mailed to: Felicia Pitre District Clerk, 133 N. Riverfront Blvd., LB12, Dallas, TX 75207 & Court of Criminal Appeals, P.O. Box 12308, Austin, TX 78711.

SENRICK WILKERSON

## ORDER

The Motion to be assigned counsel is hereby: (Granted)  (Overruled)

JUDGE

The Motion for Bench Warrant is hereby: (Granted) (Overruled)

JUDGE

EX PARTE:

SENRICK WILKERSON

IN THE CRIMINAL DISTRICT
COURT NO. 3
DALLAS COUNTY, TEXAS

## APPLICANT'S MOTION FOR AQUITTAL

TO THE JUDGE OF SAID COURT:

COMES NOW, Senrick Wilkerson, the Applicant pro se in the above and styled numbered cause and files this Motion for Aquittal and in support of such motion will show the following:

I.

On 12/17/2010, a motion for new trial was received, and filed by ineffective Calvin D. Johnson, from cause NOS. FO8-60213, F10-01183 & F10-01184. On January 5, 2011, under ORDER, the motion for new trial was circled granted and then signed by Judge Romos. Six (6) months later, Judge Romos comes back on 7/7/2011 and specifically say; "I did not rule on this." He waited 6 months later to decide this notation clearly surpassing 75 days. The record is totally inadequate because the courts never once held any hearings to support the date of 7/7/2011. The Trial Docket sheets will support the fact that there were never any hearings held for cause NOS. F10-01183 & F10-01184. The Trial Docket Sheet for cause NO. FO8-60213 will support the hearing held on 6-26-12, where the courts reconstructed this case. This was done without Applicant's knowledge. Former appeals lawyer Lori Ordway purposely failed to inform Applicant of such hearing.

II.

The Records from cause NOS. FO8-60213, F10-01183 & F10-01184 are totally incomplete without Applicant's fault and that such incompleteness requiress a reversal and a New Trial under TEX. R. APP. P. 50(e). id. at 160-161, See Jones V. State 942 S.W. 2d 1, 1997 Tex. Crim. App. LEXIS 13 No. 0917-96, Jones V. State 923 S.W. 2d 158 (Tex. App.-Beaumont 1996) & Williams V. State 937 S.W. 2d 479, 486-87 (Tex. Crim. App. 1996).

III.

The District Clerk's office will confirm that the files are missing from cause NOS. F10-01183 & F10-01184; And that there are no complaint affidavits, no arrest reports, no offense reports, no arraignment information, no first preliminary initial appearance information, no physical or DNA evidence, no motions ever filed by defense lawyer Calvin D. Johnson, no pretrial hearing, no Discovery and no probable cause from both tainted sex offenses.

The District Clerk's office should confirm that no hearings were held on the date of 7/7/2011, when Judge Romos wrote this notation on the granted motion for new trial; "I did not rule on this." Applicant was unable to argue this in any of his First 11.07 Writ of Habeas Corpus, simply because he just received a copy of the incomplete Clerk's record in June of 2014, which was filed to the Fifth Court of Appeals in Dallas. Applicant's due process was violated.

In any event, on 9/10/2008, cause NO. FO8-60213 was filed in CDC No. 3, On 11/22/2010, cause NOS. F10-01183 & F10-01184 were illegally filed in CDC No. 3. These two sex offenses were never once presented before any Magistrate Judge or grand Jury. Also, despite the fact that Dallas County is showing four (4) different

Page 1 of 3

arrest dates for cause Nos. F10-01183 & F10-01184; Under penalty of perjury, the Applicant was never once arrested, never once arraigned, never taken before any Magistrate Judge, never given any opportunity to post bail, never informed of any rights to an attorney or an examining trial, never read his Miranda Rights and never once participated in any first preliminary initial appearances. See ART. 15.17 Code CRIM. PROC. There are no files on these fraudulently forged sex offenses.

On 12/13/2010, defense counsel Calvin D. Johnson and prosecutor Brooke B. Grona-Robb scheduled a court date for cause NO. F08-60213. Once Applicant showed up outside of CDC No. 3, ineffective lawyer Calvin D. Johnson took Applicant downstairs to Auxiliary Court No. 7, where the retired visiting Judge Keith Dean was at the Bench, Therefore, the Trial Court was not CDC No. 3. Its Auxiliary Court No. 7. All three (3) convictions are illegal and void. Expressly because the Motion for New Trial was granted on January 5, 2011. The Trial Courts abused its discretion and purposely failed to inform Applicant. When a motion for new trial is granted, the case stands upon the docket as if it had not been tried. See De Ramirez V. Sovereign Camp W.O.W, 123 S.W. 2d 737, (Tex. Civ. App. -El Paso 1938). Relief must be granted in an aquittal.

"I, Senrick Wilkerson, being currently illegally incarcerated in the Ramsey I Unit, hereby state that the above information is true under penalty of perjury."

WHEREFORE, PREMISES CONSIDERED, the Applicant prays that this Motion for Aquittal is granted and Applicant is released from such illegal convictions immediately.

Respectfully submitted,

SENRICK WILKERSON (PRO SE)
TDCJ No. 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, Texas 77583

CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2015, the Motion for Aquittal has been U.S. mailed to: Felicia Pitre District Clerk, 133 N. Riverfront Blvd., LB 12, Dallas, Texas 75207.& Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711.

SENRICK WILKERSON

Page 2 of 3

CAUSE NO. WO8-60213-J(D)

EX PARTE

SENRICK WILKERSON

IN CRIMINAL DISTRICT
COURT NO. 3
DALLAS COUNTY, TEXAS

## APPLICANT'S MOTION FOR AQUITTAL

## ORDER

The above Motion for Aquittal is hereby: (Granted) (Denied)

_____
JUDGE PRESIDING

P.S.
Safeguard my Liberty

Page 3 of 3

EX PARTE

SENRICK WILKERSON

IN THE CRIMINAL
DISTRICT COURT NO. 3
DALLAS COUNTY, TEXAS

## APPLICANT'S RESPONSE TO STATE'S FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

This Court never responded to any of the Applicant's Five(5) issues in this 11.07 application. This Court continues to violate Applicant's due process rights, and continues to show prejudice. The fact is simply this. The indictment on this case was fraudulently forged on 11/24/2010, by prosecutor Brooke B. Grona-Robb. This case was never once presented before any Magistrate Judge or grand jury. There are no probable cause information, no complaint affidavit, no offense report, no arrest report, no physical or DNA evidence, no arraignment information, no first preliminary initial appearance information and the files are missing. The trial docket sheet is evidence of such facts.

On 12/3/2010, Judge Gracie G. Lewis sign the invalid PR bond for this case, while the Applicant was never in any custody for this case. The capias arrest warrant was dismissed on 11/29/2010, but shows an arrest date as Dec. 23, 2010. How was this possible when the Applicant was illegally convicted and sentenced on 12/17/2010, for F08-60213, F10-01183 & F10-01184. This Court sites that the above case was dismissed on 12/30/2010. Explain why Dallas County is showing that Applicant posted PR bonds on 2/24/2011 for this fraudulent case? Those fraudulent documents can be found in the Clerk's record from cause Nos. F10-01183 & F10-01184, which was filed in May of 2014, with the Fifth Court of Appeals in Dallas.

Where is the sworn arrest affidavit for cause F10-01182? The only arrest affidavit that the State has on file is from F08-60213 Compelling prostitution, which was signed on 9/4/2008. So, where are the reports from F10-01182, F10-01183, F10-01184 & F10-01185 ! You don't have any because they never once existed! This Court allowed the prosecutorial misconduct to execute because of the RACISM amoung Dallas County and its justice department. Since when can you file indictments without any probable cause information, no complaint affidavits, no offense reports, no arrest reports, no arraignment reports and absolutely no evidence period. You people have no SOUL, and GOD will deal with you all accordingly. Why did you fail to answer Applicant's issues? Relief must be granted and an Evidentiary Hearing would cure everything.

Respectfully submitted,

*Senrick Wilkerson*

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-1TT
Rosharon, TX 77583

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2015, the foregoing document has been U.S. mailed to: Felicia Pitre District Clerk, 133 N. Riverfront Blvd., LB12, Dallas, TX 75207 & Court of Criminal Appeal, P.O. Box 12308, Austin, Texas 78711.

*Senrick Wilkerson*

SENRICK WILKERSON